# Exhibit E






**thehrbexperience**  Follow

17 posts   5,008 followers   291 following

H R B
SUMMER 2019
The Hand Roll Bar Experience
DTLA - Westfield Century City
thehrbexperience.com

POSTS    TAGGED






