# Exhibit F



**willdrive_forfood** • Follow
KazuNori: The Original Hand Roll Bar

1w   Reply

**laelp_** WHAT ?!

1w   1 like   Reply

**foody1314** 😆😆😆😆
💯💯💯💯💯💯

1w   1 like   Reply

**thefoodienewbie.life** Epic 🍣

1w   1 like   Reply

**thehrbexperience** Get ready for the
best Hand roll bar ever...

6d   1 like   Reply

132 likes

JULY 6

Log in to like or comment.