ROBERT L. WALLAN (SBN 126480)
robert.wallan@pillsburylaw.com
CAROLYN S. TOTO (SBN 233825)
carolyn.toto@pillsburylaw.com
MICHAEL R. KREINER (SBN 316625)
michael.kreiner@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone:	213.488.7100
Facsimile:	213.629.1033

Attorneys for Plaintiff
SUSHI NOZAWA, LLC

KARIN G. PAGNANELLI (SBN 174763)
kgp@msk.com
BRADLEY J. MULLINS (SBN 274219)
bym@msk.com
GABRIELLA A. NOURAFCHAN (SBN 301594)
gan@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone:	(310) 312-2000
Facsimile:	(310) 312-3100

Attorneys for Defendant
The HRB Experience, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SUSHI NOZAWA, LLC, a Delaware limited liability company,<br><br>	Plaintiff,<br><br>	v.<br><br>The HRB Experience, LLC, a California liability company,<br><br>	Defendant. | Case No. 2:19-cv-07653-ODW-RAO<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[*[Proposed] Order filed concurrently herewith*]<br><br>Judge: Hon. Otis D. Wright II |

TO THE COURT:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Sushi Nozawa, LLC and Defendant The HRB Experience, LLC, represented by their attorneys, hereby notify the Court that they have settled this case and stipulate and agree to dismiss this entire action, including without limitation all claims, with prejudice, with each party to bear its own costs, expenses, and attorneys' fees, and with each party knowingly and voluntarily waiving any right, arising under 15 U.S.C. § 1117(a) or otherwise, to make a claim for any costs, attorney fees or other expenses associated with the matters settled by this Joint Stipulation for Voluntary Dismissal with Prejudice.

Dated:  February 10, 2021

        ROBERT L. WALLAN
        CAROLYN S. TOTO
        MICHAEL R. KREINER
        PILLSBURY WINTHROP SHAW PITTMAN LLP

        By:   /s/ Michael R. Kreiner
                Michael R. Kreiner
        Attorneys for Plaintiff Sushi Nozawa, LLC

Dated:  February 10, 2021

        KARIN G. PAGNANELLI
        BRADLEY J. MULLINS
        GABRIELLA A. NOURAFCHAN
        MITCHELL SILBERBERG & KNUPP LLP

        By:   /s/ Gabriella A. Nourafchan
                Gabriella A. Nourafchan
        Attorneys for Defendant
        The HRB Experience, LLC

-3-

## **FILER'S ATTESTATION OF SIGNATURES**

Pursuant to Civil Local Rule 5-4.3.4(a)(2) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained.

Dated:  February 10, 2021           /s/ Michael R. Kreiner
                                    Michael R. Kreiner